UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN N.Y. 11201



YOEL GRUEN

Vs.

AHUVA GRUEN, et al

DOCKET NO. 1:24-cv-00094-NRM-LB

TO THE HONORABLE JUDGES:

    I THE PLAINTIFF YOEL GRUEN AM FILING CORRESPONDENCE TO THE COURT REGARDING DEFENDANT GREGORY GLIEDMAN AND DEFENDANT JACOB SILVER.

_____        7.22.2024
YOEL GRUEN        DATE

7/22/2024

REC'D IN PRO SE OFFICE
JUL 23 '24 AM11:13

DANIEL GIL
Notary Public - State of New York
NO. 01GI6422907
Qualified in Kings County
My Commission Expires Oct 4, 2025

CLERK OF THE U.S DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN N.Y 11201



YOEL GRUEN

    Vs.

AHUVA GRUEN et, al

DOCKET NUMBER 1:24-cv—00094-NRM-LB

REC'D IN PRO SE OFFICE
JUL 23 '24 AM11:13

AMENDMENT TO PLAINTIFF'S 2.6.2024 LETTER

TO THE HONORABLE JUDGES NINA R. MORRISON AND MAGISTRATE JUDGE LOIS BLOOM:

I AM ASKING THE FEDERAL COURT THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK TO RECUSE JUDGE GREGORY GLIEDMAN EFFECTIVE IMMEDIATIETLY IN MY CASE FAMILY COURT IN THE STATE OF NEW YORK COUNTY OF KINGS 330 JAY STREET BROOKLYN NY 11201 FILE NUMBER 293571 BECAUSE JUDGE GREGORY GLIEDMAN IS BIASED AND DENING ME THE PLAINTIFF DUE PROCESS BY CONTINUING

1. TO FORCE ME THE PLAINTIFF TO BE REPRESENTED BY A COURT APPOINTED LAWYER MR JACOB SILVER WHOM I CLEARLY FIRED ON 3.30.2022 DUE TO THE FACT THAT

    A. MR JACOB SILVER WAS HARRASSING ME AND ACTING LIKE HE WAS THE LAWYER FOR THE DEFENDANT AHUVA GRUEN AND CLEARLY STATED IN COURT ON THE RECORD THAT HE WORKED AND IS PRESENTLY WORKING FOR SHALOM TASK FORCE AS A LAWYER. SHALOM TASK IS REPRESENTING THE DEFEDANT AHUVA GRUEN THIS IS CLEARLY A CONFLICT OF INTEREST.

B. MR JACOB SILVER CONTINOUSLY HARRASSES ME THE PLAINTIFF TO PAY MORE AND MORE CHILD SUPPORT STATING "JUST PAY HER MORE MONEY GET THE MONEY FROM YOUR FAMILY AND GIVE THE DEFENDANT AHUVA GRUEN A GET EVEN WITHOUT AN AGREEMENT" THIS IS NONE OF MR JACOB SILVER'S BUSINESS AND NOT BEING HEARD BEFORE THIS COURT OF HOW MUCH MONEY MY BROTHERS AND SISTERS HAVE. MR SILVER SHOULD NOT BE HARRASSING ME I AM A UNFOURTUATE DISABLED VICTIM WHO IS CONSTANTLY BEING HARRASSED BY DEFENDANT AHUVA GRUEN. AHUVA GRUEN THE DEFENDANT HAS PERSONALY THREATENED TO KILL ME THE PLAINTIFF AND I THE PLAINTIFF BELIEVE THE SHE WILL ACCOMPLISH HER EVIL MISSION. MR JACOB SILVER CLEARLY HAS NO INTEREST IN DEFENDING ME AND I AM BEING DENIED DUE PROCESS BY JUDGE GREGORY GLIEDMAN FORSING MR. JACOB SILVER TO CONTINUE BEING AT MY COURT PROCEEDINGS AND ACTING AS MY LAWYER AGAINST MY WILL.

2. JUDGE GREGORY GLIEDMAN IS FORCING ME THE PLAINTIFF TO UNDERGO A PSYICHLOGICAL EVALUATION TO SEE IF I THE PLAINTIFF WHO IS THE VICTIM IN THIS PROCEEDING AM FIT TO REPRESENT MY SELF THIS IS A DENIAL OF MY PRIVACY AND JUDGE GREGORY GLIEDMAN IS ASKING ME TO TESTIFY AGAINST MYSELF. IT IS MY FIFTH AMENDEMENT CONSTITUTIONAL RIGHT AGAINST SELF INCRIMINATION WHICH STATES
"NOR SHALL BY COMPELLED IN ANY CRIMINAL CASE TO BE A WITNESS AGAINST HIMSELF, NOR BE DEPRIVED OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW" ALL I WANT IS FOR MY EQUALLY FAIR DAY IN COURT AND FOR JUSTICE TO BE SERVED. JUDGE GREGORY GLIEDMAN IS ASKING ME TO VIOLATE MY OWN CONSTITUTIONAL RIGHTS. UNFORTUATELY THIS IS HOW MEN ARE TREATED IN FAMILY COURTS, THE APPELLATE COURTS, THE SUPREME COURTS, THE COURT OF APPEALS COMMISION OF JUDICIAL CONDUCT, I HAVE GONE TO ALL THESE COURTS AS WELL AS MOST MEN AND HAVE BEEN DENIED JUSTICE AND DUE PROCESS AND A EQUAL FAIR DAY IN COURT. THESE COURTS ARE FAVORING WOMEN AND NOT GIVING AN EQUAL OPPORTUNITY FOR A MAN/FATHER TO SEEK EQUAL JUSTICE AND DUE PROCESS WITHOUT VIOLATION OF A MAN'S DUE PROCESS IN THESE AMERICAN COURTS.THIS IS WHY I AM ASKING THIS FEDERAL COURT UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK TO RECUSE GREGORY GLIEDMAN EFFECTIVE IMMEDIATELY. GREGORY GLIEDMAN IS ABUSING HIS AUTHORITY AS A JUDGE AND I SERVED HIM [ EXHIBIT #1} VIA U.S.P.S AND EMAIL ON 7.22.2024 AND MR JACOB SILVER A CEAST AND DESIST LETTER.

TO DATE I THE PLAINTIFF HAVE FILED IN THIS COURT:

A. ON 1.2.2024 PLAINTIFF FILED COMPLAINT
B. ON 1.8.2024 PLAINTIFF FILED NOT TO CONSENT TO MAGISTRATE JUDGE JURISDICTION
C. ON 2.6.2024 PLAINTIFF FILED AGAINST DEFENDANT JUDGE GREGORY GLIEDMAN
D. ON 3.19.2024 PLAINTIFF FILED FOR DEFENDANT ATTORNEY CIPORA WINTERS TO RECUSE HERSELF FROM REPRESENTING DEFENDANT AHUVA GRUEN
E. ON 3.27.2024 PLAINTIFF SUBMITTED COPIES OF CORRESPONDENCE TO THE U. S COURT OF APPEALS FOR THE THIRD CIRCUIT.MOTIONS FILED TO THE SUPERIOR COURT OF N.J APPEALLTE DIVISION AND TO THE N.J SUPREME COURT AND A LETTER FROM THE STATE OF N.Y ON JUDICIAL CONDUCT
F. ON 5.14.2024 PLAINTIFF SUBMITTED A COPY OF A MOTION TO PROCEED AS INDIGENT TO THE SUPERIOR COURT OF N.J APPELLATE DIVISION AND THE N.J SUPREME COURT
G. ON 5.29.2024 PLAINTIFF SUBMITED HIS REPLY BRIEF TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD DISTRICT
H. ON 6.11.2024 PLAINTIFF SUBMITTED DOCUMENTS FROM THE SUPERIOR COURT OF N.J APPELLATE DIVISION DENYING PLAINTIFF'S MOTION

_____    7.22.2024
YOEL GRUEN                    DATE

_____
7/22/2024

DANIEL GIL
Notary Public - State of New York
NO. 01GI6422907
Qualified in Kings County
My Commission Expires Oct 4, 2025

## Notice and Demand

7.22.2024

JUDGE GREGORY GLIEDMAN

330 JAY STREET

BROOKLYN, N.Y 11201

P.347.401.9610

F.347.401.9609

ggliedma@nycourts.gov

kingsfamilycourt@nycourts.gov

Notice and Warning to Cease and Desist your illegal involvement of the unjust and harmful damage to the character of Yoel Gruen for your own benefit

Untrue and false propaganda of statements by you Judge Gregory Gliedman has cost thousands of dollars in damages to the reputation of Yoel Gruen is false and fabricated. These statements have specifically appeared to be design to injure and wrongfully harm Yoel Gruen

Furthermore, I am requesting that you Judge Gregory Gliedman Stop Abusing your Authority as judge by forcing me to use Mr. Jacob Silver as my Attorney against my will

Furthermore, stop abusing your authority as a judge forcing me to undergo a psychological evaluation against my will.

You are hereby to cease-and-desist or legal action will follow

*Yoel G* / Yoel Gruen   7.22.2024

cc: The People's Advocacy Group (PAG)

    National Coalition for Civil Rights

The People's Advocacy Group (PAG) on behalf of Yoel Gruen

[Notary stamp: DANIEL GIL, Notary Public - State of New York, NO. 01GI6422907, Qualified in Kings County, My Commission Expires Oct 4, 2025]

[Signature] 7/22/2024

Notice and Demand

7.22.2024

MR JACOB SILVER

26 COURT STREET #1201

BROOKLYN, N.Y 11242

P.718.855.3834

F.718.534.0057

silverbankruptcy@gmail.com

Notice and Warning to Cease and Desist your illegal involvement of the unjust and harmful damage to the character of Yoel Gruen for your own benefit

Untrue and false propaganda of statements by you Jacob Silver has cost thousands of dollars in damages to the reputation of Yoel Gruen is false and fabricated. These statements have specifically appeared to be design to injure and wrongfully harm Yoel Gruen

You are hereby to cease-and-desist or legal action will follow

*Yoel A*
Yoel Gruen                7.22.2024

cc: The People's Advocacy Group (PAG)

   National Coalition for Civil Rights

The People's Advocacy Group (PAG) on behalf of Yoel Gruen

7/22/2024

DANIEL GIL
Notary Public - State of New York
NO. 01GI6422907
Qualified in Kings County
My Commission Expires Oct 4, 2025

Exhibit #1

```
                              PostalAnnex #20018
                                 2918 Avenue I
                                Brooklyn, NY 11210
                                Ph:(347)374-2067
                                Fax:(347)374-3585
                              www.postalannex.com/20018


Shipment
  UPS Next Day Air Letter - Commercial
  Ship To:
     MR. JACOB SILVER
     26 Court St #1201
     BROOKLYN, NY 11242
  Package ID: 167735              33.70
  Tracking #:  1ZX6Y6550199468132
  Actual Wt: 0.01 lbs
  Rating Wt: 0.5 lbs
Shipment
  USPS First Class Mail
  Ship To:
     MR. JACOB SILVER
     26 Court St #1201
     BROOKLYN, NY 11242
  Package ID: 167738               1.00
  Actual Wt: 0.01 lbs
  Rating Wt: 0.06 lbs
  Pkg Dims:  8.00 x 6.00 x 0.75

    SUBTOTAL                      34.70
    TAX                            0.00
    TOTAL                         34.70
TEND Acct - Debit                 34.70
Debit account: Account 1
Remaining balance: -69.40


Total shipments: 2
JOEL GRUEN
                              07/22/2024
#30875                          04:11 PM
Workstation: 13 - Auxiliary Workstation 13


Signature


                           Track Your Packages at
                           www.postalannex.com/20018

               ***********************************
                     We Print, Copy and Ship.
                         Email your files to:
                       Printme20018@gmail.com
                     Thank you for your business
               ***********************************
```

Exhibit #1

PostalAnnex #20018
2918 Avenue I
Brooklyn, NY 11210
Ph:(347)374-2067
Fax:(347)374-3585
www.postalannex.com/20018

Shipment
UPS Next Day Air Letter - Commercial
Ship To:
    JUDGE GREGORY GLIEDMAN
    KINGS COUNTY FAMILY COURT
    330 JAY ST
    FILE NUMBER 293571
    BROOKLYN, NY 11201-2935
Package ID: 167733              33.70
Tracking #:   1ZX6Y6550190294925
Actual Wt: 0.03 lbs
Rating Wt: 0.5 lbs

Shipment
USPS First Class Mail
Ship To:
    JUDGE GREGORY GLIEDMAN
    KINGS COUNTY FAMILY COURT
    330 JAY ST
    FILE NUMBER 293571
    BROOKLYN, NY 11201-2935
Package ID: 167734               1.00
Actual Wt: 0.01 lbs
Rating Wt: 0.06 lbs
Pkg Dims:  8.00 x 6.00 x 0.75

    SUBTOTAL                    34.70
    TAX                          0.00
    TOTAL                       34.70
TEND Acct - Debit               34.70
Debit account: Account 1
Remaining balance: -34.70

Total shipments: 2
JOEL GRUEN
                            07/22/2024
#30873                       03:57 PM
Workstation: 13  Auxiliary Workstation 13

Signature _____

        Track Your Packages at
        www.postalannex.com/20018

***************************************
        We Print, Copy and Ship.
        Email your files to:
        Printme20018@gmail.com
        Thank you for your business
***************************************

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST

BROOKLYN N.Y. 11201


YOEL GRUEN

Vs.

AHUVA GRUEN, et al


DOCKET NO. 1:24-cv-00094-NRM-LB

TO THE HONORABLE JUDGES:

On 1.30.2024 In Exhibit Number One Defendant Judge Gregory Gliedman Once Again made an Order in Favor of Defendant Ahuva Gruen.

The Defendant Judge Gregory Gliedman

1. Failed to State that the Defendant Jacob Silver Esq. works Together with the Defendant Shalom Task Force Who's Representing the Defendant Ahuva Gruen
2. The Defendant Judge Gregory Gliedman has a Federal Law Suit against him by the Plaintiff Yoel Gruen and is Deliberately Misusing and Abusing his power as a Judge with Retaliation against the Plaintiff stating that the Plaintiff was yelling over him which in fact Never Happened
3. Plaintiff is requesting that the Defendant Judge Gregory Gliedman have a Judicial Evaluation if the Judge is fit to use the proper conduct as a judge in a Family Court Proceeding
4. The Defendant Gregory Gliedman should have recused himself knowing that there is an open Federal Lawsuit by the Plaintiff Against Him. The Lawfully thing to do would have been for the Defendant Judge Gregory Gliedman to have another Judge hear the case and Recuse Himself Because of a Conflict of Interest.
   Is the Defendant Judge Gregory Gliedman Immune for following Ethical Judicial Conduct?
5. Plaintiff Demands Trial by Jury


_____           2.6.2024
YOEL GRUEN                          DATE